# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

KIRENIA CARIDAD FIGUERA,

        Plaintiff,

v.

SAFRA NATIONAL BANK OF NEW YORK,
d/b/a SAFRA BANK, a National Association,

        Defendant.
_____/

Case No.

**CORPORATE DISCLOSURE STATEMENT**

    Defendant, SAFRA NATIONAL BANK OF NEW YORK, d/b/a SAFRA BANK, a National Association, by and through its undersigned attorneys, hereby provides the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Safra National Bank of New York is not a publicly traded corporation and no publicly held corporation owns 10% or more of its stock. Safra National Bank of New York's corporate parent is Safra New York Corporation.

Dated: May 2, 2018

Respectfully Submitted,
**EPSTEIN BECKER & GREEN, P.C.**

*/s/ John Houston Pope*
John Houston Pope
Fla. Bar No. 968595
250 Park Avenue
New York, New York 10177
Phone: 212.351.4500
Fax:   212.878.8600
e-mail: JHPope@ebglaw.com
*Attorneys for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record, and served a true and correct copy of the foregoing by U.S. Mail (with a courtesy copy by email) upon Peter Hoogerwoerd, Esq. (pmh@rgpattorneys.com), Natahaly Lewis, Esq. (nl@rgpattorneys.com), Michelle Muskus, Esq. (mm@rgpattorneys.com), REMER & GEORGES-PIERRE, PLLC, 44 West Flagler St., Suite 2200, Miami, FL 33130; Tel: (305) 416-5000; Fax: (305) 416-5005.

                    John Houston Pope